UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DERRICK WOODARD,

     Plaintiff,

v.                                                                                    Case No.  3:16cv307/LC/CJK

PRISCILLO GRANT, et al.,

     Defendants.
_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case is before the court upon referral from the clerk. On July 5, 2016, the court entered an order (doc. 7) directing plaintiff to either submit the $400.00 filing and administrative fees or correct the deficiency in his *in forma pauperis* application by filing a new prisoner consent form with signed financial certificate and account printout.  (Doc. 7).  Plaintiff was provided thirty days in which to comply with the order and warned that failure to do so would result in dismissal of this case.  (*Id.*).  To date, plaintiff has not complied with the order and has not responded to the August 15, 2016 order (doc. 8) requiring him to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court.

Accordingly, it is respectfully RECOMMENDED:

1.  That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's

failure to comply with an order of the court.

2.  That the clerk be directed to close the file.

At Pensacola, Florida this 15th day of September, 2016.


/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**


<u>NOTICE TO THE PARTIES</u>

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.